**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Joel Dallas BONNER, Defendant-Appellant.**

**No. 17-6235**

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 23, 2017

Joel Dallas Bonner, Appellant Pro Se. Stephen Eugene Anthony, Assistant United States Attorney, Brian R. Hood, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia; Jamie L. Mickelson, Assistant United States Attorney, Atlanta, Georgia, for Appellee.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joel Dallas Bonner appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of his sentence based on Amendment 782 to the U.S. Sentencing Guidelines Manual. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bonner*, No. 3:11-cr-00207-JRS-1 (E.D. Va. Jan. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*